UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04818-AH-DSR | Date | August 31, 2026 |
| Title | *David Merger v. David J. Venturella et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2)**

On August 24, 2026, Petitioner David Merger ("Petitioner") filed a petition for writ of habeas corpus against Respondents David J. Venturella, Marcos Charles, Markwayne Mullin, and Todd Blanche ("Respondents"). Dkt. No. 1. On the same day, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Dkt. No. 2. The Court ordered briefing on the Motion. Dkt. No. 8. Respondents filed an Opposition to the Motion and an Answer to the petition. Dkt. No. 10. On August 31, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction without objection from the parties, and issued an oral ruling.

For the reasons stated at the hearing, the Court denies Petitioner's request for immediate release without prejudice but grants Petitioner's request for a bond hearing. The Court ORDERS as follows:

1. Respondents are ENJOINED from continuing to detain Petitioner unless, within seven days from the date of this Order, he is provided with an individualized bond hearing before an immigration judge at which

Respondents bear the burden of showing, by clear and convincing evidence, that Petitioner poses a fight risk or danger to the public.

2. The parties must file a joint status report within fourteen days from the date of this Order, which must discuss the results of any bond hearing held and address the question of whether the remainder of the Petition has been rendered moot.

**IT IS SO ORDERED.**